UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:24mj05006-Snow

UNITED STATES OF AMERICA

v.

JOSE VALDES AMADOR,
JESUS REYES REYES, and
FRANCISCO RODRIGO LOJANO BANEGAS,

Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **NO**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **NO**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **NO**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **NO**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/Katherine W. Guthrie
Katherine W. Guthrie
Assistant United States Attorney
Court ID No. A5502786
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: 305-961-9117
Email: Katherine.Guthrie@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JOSE VALDES AMADOR, JESUS REYES REYES, and FRANCISCO RODRIGO LOJANO BANEGAS, | ) ) ) ) ) ) |
| Defendant(s) | |

Case No. 4:24mj05006-Snow

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 19, 2024__ in the county of __Monroe__ in the __Southern__ District of __Florida and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iv) & (v)(II) | Encouraging and inducing aliens to enter the United States |
| 8 U.S.C. § 1326(a) | Illegal reentry of a previously removed alien |

FILED BY ___AT___ D.C.
Apr 23, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Neil James, HSI Special Agent
Printed name and title

Sworn to before me telephonically.

Date: 4/23/24

_____
Judge's signature

City and state: Key West, Florida      Hon. Lurana S. Snow, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Neil S. James, being first duly sworn, do hereby depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the United States ("U.S.") Homeland Security Investigations ("HSI"), where I have worked since November 20, 2022. I am assigned as a sworn law enforcement officer at HSI Key Largo. My duties include investigating federal criminal offenses, including Title 8 offenses, in the Southern District of Florida. As a Special Agent, I have completed instruction at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my tenure as a Special Agent, I was most recently a U.S. Customs and Border Protection Officer for four years in Miami International Airport. There, I prepared cases for immigration proceedings and served multiple arrest warrants. I was also tasked with determining the lawfulness of travelers' entry into the United States. Before that, I previously worked as a U.S. Border Patrol Agent. Some of my duties included executing search and arrest warrants and making warrantless arrests in accordance with federal law.

2. The statements contained in this Affidavit are based upon my personal knowledge gathered during this investigation, my previous training and experience, and information gathered from other agents, officers, and interviews. Because this Affidavit is submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or law enforcement in this investigation. I have set forth only the facts I believe are necessary to establish probable cause.

3. I submit this Affidavit in support of a criminal complaint charging Jose VALDES AMADOR ("VALDES") with encouraging and inducing aliens to enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II), and charging Jesus

1

REYES REYES ("REYES") and Francisco Rodrigo LOJANO BANEGAS ("LOJANO") with re-entry of a removed alien, in violation of Title 8, United States Code, Section 1326(a).

## PROBABLE CAUSE

4. On or about April 19, 2024, at approximately 8:20 pm, while performing marine patrol, a U.S. Customs and Border Protection Air and Marine Operations Marine Unit ("LAW ENFORCEMENT VESSEL") using their onboard radar spotted a vessel (the "SUSPECT VESSEL") approximately 11 nautical miles east of Key Largo, Florida, heading westbound, within U.S. territorial waters.

5. The LAW ENFORCEMENT VESSEL observed the SUSPECT VESSEL on radar as it continued heading westbound. The LAW ENFORCEMENT VESSEL moved into position to intercept the SUSPECT VESSEL.

6. As the LAW ENFORCEMENT VESSEL approached the SUSPECT VESSEL, law enforcement was able to see one (1) operator behind the helm (later identified as VALDES), and multiple people laying down on the deck and inside the cabin of the SUSPECT VESSEL. The LAW ENFORCEMENT VESSEL intercepted the SUSPECT VESSEL approximately three (3) nautical miles east of Key Largo, Florida, which is within U.S. territorial waters. The LAW ENFORCEMENT VESSEL activated its navigation lights and spotlights to get the operator of the SUSPECT VESSEL's attention. The operator complied with law enforcement's instructions and stopped the SUSPECT VESSEL. Law enforcement conducted a registration check of the SUSPECT VESSEL's registration number, FL8036MB, and found that the SUSPECT VESEL was registered in Florida to VALDES.

7. Agents discovered a total of nineteen (19) individuals onboard the SUSPECT VESSEL, none of whom were wearing life jackets. After inspecting the SUSPECT VESSEL, law

enforcement found approximately only seven (7) life jackets, which were stored in a compartment of the cabin of the SUSPECT VESSEL.

8. VALDES—the operator of the SUSPECT VESSEL—was later determined to be a Cuban citizen and a U.S. Lawful Permanent Resident. The other eighteen (18) individuals were not U.S. citizens and had no documents that would allow them to legally enter the United States.

9. An initial review of the SUSPECT VESSEL's onboard global positioning system showed that it left the Miami area earlier that day, went to a small island near Gun Cay, Bahamas, and was heading towards Key Largo, Florida, when it was interdicted by law enforcement. There is no designated port of entry in the vicinity of Key Largo, Florida.

10. VALDES and all eighteen (18) other individuals were transferred to the custody of the U.S. Coast Guard ("USCG") for biometric checks and identification purposes. Law enforcement confirmed that none of the eighteen (18) migrants had documentation or pending applications that would allow them to lawfully enter the United States on or about April 19, 2024. After law enforcement checks were performed, it was revealed that REYES and LOJANO—two (2) of the undocumented non-citizens—had prior removals from the United States.

11. REYES is a citizen of the Dominican Republic with no legal status in the United States. On or about March 14, 2011, REYES was ordered removed by an Immigration Judge. He was removed from the United States on or about March 2, 2021.

12. LOJANO is an Ecuadorian citizen with no legal status in the United States. On or about December 8, 2020, LOJANO was ordered removed by an Immigration Judge. He was removed from the United States on or about January 8, 2021.

13. On April 22, 2024, USCG brought VALDES, REYES, and LOJANO ashore at the USCG station in Key West, Florida, where they were transported to the U.S. Border Patrol station in Marathon, Florida for processing.

14. In separate *post-Miranda* interviews, REYES and LOJANO admitted they did not have any documents that would allow them to enter the United States, and they knew it was illegal for them to enter the Unted States without the proper permissions.

## CONCLUSION

15. Based on the foregoing facts, your affiant respectfully submits that there is probable cause to believe that VALDES encouraged and induced aliens to enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II), and that REYES and LOJANO attempted to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Neil S. James
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __23rd__ day of April 2024.

_____
HONORABLE LURANA S. SNOW
UNITED STATES MAGISTRATE UDGE

4